RECEIVED

MAR 23 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| ZEBULON J. MANUEL, ET AL | * | CIVIL ACTION NO. 09-795 |
| VS. | * | JUDGE DOHERTY |
| STRYKER ORTHOPEDICS, ET AL | * | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this matter be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 23 day of March, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE